# ATTACHMENT-1

## DECLARATION OF DENISE BRITT NGUYEN

I, Denise Britt Nguyen, hereby declare:

1. I am at least 18 years old. I make this declaration on personal knowledge and if called as a witness could and would competently testify to the matters stated herein.

2. I am the Defendant in the this lawsuit.

3. I was served with this lawsuit in this case on December 7, 2022.

4. I did attempt to locate an attorney but was unsuccessful.

5. During the week of December 19, 2022 I did re-contact Attorney William Hughey concerning the lawsuit but was not able to meet with him because of health related issues I encounter and endued the week of December 19, 2022 and the holiday weekend.

6. I was not able to connect with Attorney Hughey to discuss the case and attempt to retain him to represent me in my case.

7. My failure to file an answer was not intentional; I did contact Attorney William Hughey on January 5, 2023 after the receipt on the January 3, 2023 of a notice by mail about my case.

8. It is my desire to defend the this case and provide evidence of Truth as to the defamation claims made by the Plaintiffs.

I hereby declare under penalty of perjury under the laws of the United Sates that the foregoing is true and correct to the best of my knowledge.

Dated: January 9, 2023

By: _[signature]_