UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JOHNNY HA and JENNY PHAM a/k/a JENNY HA, Plaintiffs, | ) ) ) Jury Trial Demanded ) ) |
| v. | ) Civil Action No.: 6:22-cv-00462 ) |
| DENISE BRITT NGUYEN Defendant. | ) ) ) |

## DECLARATION OF WILLIAM T. HUGHEY

I, William T. Hughey, hereby declare:

1. I am at least 18 years old; I make this declaration on personal knowledge and if called as a witness could and would competently testify to the matters stated herein.

2. I am the Attorney for Defendant Denise Britt in the this lawsuit.

3. Attachments A and B attached hereto are copies of the Documents they purport to be:

   A-Letter from Genesis PrimeCare Date 01/26/2023

   B-Face Book Screenshot Date 1/26/23

I hereby declare under penalty of perjury under the laws of the United Sates that the foregoing is true and correct to the best of my knowledge.

Dated: January 26th 2023

By: _____



01/26/2023

RE: Denise Nguyen

To Whom It May Concern:

The patient above has been followed by our clinic due to COVID infection and COVID-related complications. She has been very ill over this time period and is being monitored and treated by myself.

Sincerely,

Provider: Kelsie Court, MD

805 Lindsey Dr
Marshall, TX 75670-5220

ATTACHMENT-A

| Email or phone | Password | |
|---|---|---|
| Sign Up | | Log In |
| | Forgot account? | |

**Con Con Mèo Mèo** is with Châu Ton and 3 others.
1d ·

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More
Meta © 2023

Luật sư của bà Phi Yến
William Todd Hughey
The Hughey Law Firm, PLLC

19                                          6 comments   1 share

Share

Most relevant

**Nani Na** Yến biết khôn hơn chị họ mắm tôm nên lo đi kiếm luật sư dằn túi trước hả
1d                                                                                 1

**Na Tra** Kéo lên trang thứ 5 nha
https://cdn.fbsbx.com/.../326802423.../show_temp.pl.pdf...
1d                                                                                 3

**Na Tra**



See more of Con Con Mèo Mèo on Facebook

ATTACHMENT-B

| Log In | or | Create new account |

bà ác gặp ác

1

See more of Con Con Mèo Mèo on Facebook

Log In   or   Create new account