UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00462

**Johnny Ha et al.**,
*Plaintiffs,*

v.

**Denise Britt Nguyen**,
*Defendant.*

# ORDER

On May 29, 2024, the parties informed the court that they reached an agreement in principle for the complete resolution of this case. Doc. 28. The parties filed a joint motion to stay all deadlines and proceedings for 30 days as they work to finalize the settlement. *Id.* That motion is granted. All deadlines are stayed in this case. The parties shall file final settlement documents, or otherwise inform the court why they were unable to do so, by July 1, 2024.

*So ordered by the court on June 6, 2024.*

_____
J. Campbell Barker
United States District Judge