UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00462

**Johnny Ha et al.,**
*Plaintiffs,*

v.

**Denise Britt Nguyen,**
*Defendant.*

# FINAL JUDGMENT

This case is dismissed with prejudice. Any pending motions are denied as moot. The clerk of court is directed to close the case.

*So ordered by the court on July 12, 2024.*

J. CAMPBELL BARKER
United States District Judge